MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES

By:    RANDALL R. GARCZYNSKI (023223)
          garczynskir@mail.maricopa.gov
          KAREN J. HARTMAN-TELLEZ (021121)
          hartmank@mail.maricopa.gov

Maricopa County Administration Building
301 West Jefferson Street, Suite 3200
Phoenix, Arizona 85003
Telephone (602) 372-5700
GLS Court Minute Entries@mail.maricopa.gov

Attorney for Defendants Maricopa County & Van Wie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Aguayo,  a single person,<br><br>                 Plaintiff,<br><br>v.<br><br>The State of Arizona; Maricopa County, a political subdivision of the State of Arizona; The City of Phoenix, a political subdivision of the State of Arizona; Christy Hein, individually and in her official capacity, and John Doe Hein, a married couple; Annielaurie Van Wie, individually and in her official capacity, and John Doe Van Wie, a married couple; Does 1-10; Corporations 1-5; and Partnerships 1-5,<br><br>                 Defendants. | NO. _____<br><br>**INDEX** |

Exhibit:     (A)     Contents of Superior Court File No. CV2010-000023

(B)   Civil Cover Sheet

(C)   Supplemental Cover Sheet

(D)   Superior Court Notice of Removal to the Federal District Court

S:\Cases\2010\T\Aguayo, Victoria - T10-0064\Pleadings\Notice of Removal-Exh Index05.11.10.docx

# EXHIBIT A

1  DEBUS, KAZAN & WESTERHAUSEN
   335 E. Palm Lane
2  Phoenix, Arizona 85004 1592
   (602) 257-8900
3  Larry L. Debus (# 002037)
   lld@dkwlawyers.com
4
   TABER LAW FIRM, P.C.
5  2394 E. Camelback Rd., Ste. 150
6  Phoenix, Arizona 85016
   Telephone (602) 522-8200
7  Facsimile (602) 522-8201
   J. Tyrrell Taber (#005204)
8  Robert C. Stultz (#025781)
   jtt@tytaberlaw.com
9  rcs@tytaberlaw.com

10 Attorneys for Plaintiff

11          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

12             **IN AND FOR THE COUNTY OF MARICOPA**

13                                        CV2010  000023

14 VICTORIA AGUAYO, a single person,      Case No.:

15              Plaintiff,

16 v.                                     CERTIFICATE OF COMPULSORY
                                          ARBITRATION
17 THE STATE OF ARIZONA; MARICOPA
18 COUNTY, a political subdivision of the
   State of Arizona; THE CITY OF
19 PHOENIX, a political subdivision of the
   State of Arizona; CHRISTY HEIN,
20 individually and in her official capacity, and
   JOHN DOE HEIN, a married couple;
21 ANNIELAURIE VAN WIE, individually
22 and in her official capacity, and JOHN DOE
   VAN WIE, a married couple; DOES 1 – 10;
23 CORPORATIONS 1 -5; and
24 PARTNERSHIPS 1 – 5,

25              Defendants.

COPY

JAN 0 4 2010

MICHAEL K. JEANES, CLERK
E. VILLA
DEPUTY CLERK

-1-

The undersigned certifies that the largest award sought by the Plaintiff, including punitive damages, but excluding interest, attorneys' fees, and costs, exceeds limits set by Local Rule for compulsory arbitration. This case is not subject to A.R.C.P. 72(b).

DATED this 4th day of January, 2010.

TABER LAW FIRM, P.C.

By: _____
    J. Tyrrell Taber
    Robert C. Stultz
    2394 E. Camelback Rd., Ste. 150
    Phoenix, Arizona 85016


and

DEBUS, KAZAN & WESTERHAUSEN

    Larry L. Debus
    335 E. Palm Lane
    Phoenix, Arizona 85004

    Attorneys for Plaintiff



1
DEBUS, KAZAN & WESTERHAUSEN
335 E. Palm Lane
2
Phoenix, Arizona 85004 1592
(602) 257-8900
3
Larry L. Debus (# 002037)
lld@dkwlawyers.com
4

TABER LAW FIRM, P.C.
5
2394 E. Camelback Rd., Ste. 150
6
Phoenix, Arizona 85016
Telephone (602) 522-8200
7
Facsimile (602) 522-8201
J. Tyrrell Taber (#005204)
8
Robert C. Stultz (#025781)
jtt@tytaberlaw.com
9
rcs@tytaberlaw.com

10
Attorneys for Plaintiff

11
**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

12
**IN AND FOR THE COUNTY OF MARICOPA**

13

14
VICTORIA AGUAYO, a single person,

Case No.:

15
                    Plaintiff,

CV2010-000023

16
v.

COMPLAINT

17
THE STATE OF ARIZONA; MARICOPA
18
COUNTY, a political subdivision of the
State of Arizona; THE CITY OF
19
PHOENIX, a political subdivision of the
State of Arizona; CHRISTY HEIN,
20
individually and in her official capacity, and
JOHN DOE HEIN, a married couple;
21
ANNIELAURIE VAN WIE, individually
and in her official capacity, and JOHN DOE
22
VAN WIE, a married couple; DOES 1 – 10;
CORPORATIONS 1 -5; and
23
PARTNERSHIPS 1 – 5,
24

25
                    Defendants.

(Civil rights, due process, right of privacy,
wrongful prosecution, negligence, and
infliction of emotional distress)

-1-

Plaintiff Victoria Aguayo ("Victoria") alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Victoria is and was at all relevant times a resident of Maricopa County, Arizona.

2. Defendant State of Arizona is a political entity.

3. Defendant Maricopa County is a political subdivision of the State of Arizona.

4. Defendant City of Phoenix (hereafter, City) is a political subdivision of the State of Arizona.

5. Defendants Christy Hein and John Doe Hein were at all relevant times residents of Maricopa County, Arizona. Upon information and belief, Defendant John Doe Hein is the husband of Defendant Christy Hein, who at all relevant times was acting on behalf of and for the benefit of their marital community.

6. Defendants Annielaurie Van Wie and John Doe Van Wie were at all relevant times residents of Maricopa County, Arizona. Upon information and belief, Defendant John Doe Van Wie is the husband of Defendant Annielaurie Van Wie, who at all relevant times was acting on behalf of and for the benefit of their marital community.

7. Does 1 – 10 are as yet unnamed individuals who, upon information and belief, have caused or contributed to the harm alleged by Victoria. When the true and correct names of these individuals are learned, Victoria will seek leave of the Court to substitute their true names accordingly.

8. Corporations 1 – 5 and Partnerships 1 – 5 are fictitious business entities who, upon information and belief, have caused or contributed to the harm alleged by Victoria. When the true and correct names of these business entities are learned, Victoria will seek leave of the Court to substitute their true names accordingly.

9. Individually named defendants and all other yet-to-be-named defendants were acting within the course and scope of their employment and/or agency relationship with their

respective employers/masters so as to render their employers/masters vicariously liable for their conduct under general agency law and the principles of respondent superior.

10. All of the acts described in this Complaint occurred in Maricopa County, Arizona. Each Defendant caused an act or injury to occur in Maricopa County, out of which Victoria's claims arise.

11. Jurisdiction and Venue are proper in this Court.

## GENERAL ALLEGATIONS

12. Victoria repeats and incorporates by this reference all preceding allegations.

13. On or about August 25, 2008, Victoria was arrested and booked into the Maricopa County jail on charges of (1) Illegal Control of an Enterprise, (2) Illegal Participation in an Enterprise, (3) Money Laundering, and (4) Employment in Prostitution.

14. Victoria was accused of engaging in prostitution, and other crimes related to her alleged participation in prostitution, through an organization known as Desert Divas.

15. Victoria was never employed by Desert Divas, or any of its related organizations, and she did not commit the crimes for which she was charged and prosecuted.

16. Victoria remained incarcerated until she was released on Supervised Release on or about October 16, 2008. She had to wear an electronic monitoring devise, abide by a restrictive curfew, and submit to drug and alcohol monitoring.

17. The State, through Defendants Maricopa County and Van Wie, continued its prosecution of Victoria until January 5, 2009, when at a pretrial hearing, the State, through the Defendants Maricopa County and Van Wie, made an oral motion to dismiss all charges against Victoria, and the Court granted the motion and dismissed without prejudice all charges.

18. Victoria's wrongful indictment and arrest resulted in part from the Grand Jury Testimony of Defendant Hein, a detective for the Phoenix Police Department. On July 24, 2008, in her Grand Jury testimony, Defendant Hein identified Victoria as a prostitute who was advertised under the name Tia on a website known as The Erotic Review, where women advertise sexual services and former clients rate them. Victoria bears no resemblance to Tia. For example, Tia has a tattoo that Victoria does not have.

19. While lumping Victoria with many other women, Defendant Hein stated that each of the women, including Victoria, was

> observed advertised on one of the four websites at some point during the investigation. Most of them also were--well, they were all identified outside of that, through surveillance of watching them show up at the office to do money drops, calling them out to get escort deals–I mean to get prostitution deals, observing them at meet-and-greets [where alleged prostitutes meet with prospective clients], those type of things. That's how we identified the true identity.

> In fact, neither the Phoenix Police Department, nor any of the above-named defendants or their employees or agents, ever observed Victoria attend any "meet and greets" or agree to or engage in any acts of prostitution. Victoria did not advertise or engage in prostitution.

20. Maricopa County continued its prosecution of Victoria, principally through Defendant Van Wie, without conducting an adequate investigation and when the evidence did not support a criminal prosecution.

21. As a direct and proximate result of the Defendants' conduct, Victoria sustained economic loss, physical and severe emotional injury, pain and suffering, and damage to her relationship with her daughter and other familial relationships.

## COUNT ONE

### (42 U.S.C. §1983 - Defendants Maricopa County, City, Van Wie, and Hein)

22. Victoria repeats and incorporates by this reference all preceding allegations.

23. Acting under color of state law, Defendants Maricopa County, Van Wie, City, and Hein intentionally, or with gross negligence, with complete and deliberate indifference to the rights of Victoria deprived her of her rights, privileges, and immunities secured to her by the Fourth and Fourteenth Amendments of the United States Constitution, and Victoria's civil rights protected by federal law.

24. Upon information and belief, and as indicated by the above allegations, Maricopa County's and City's policies, customs, and failure to train and supervise its employees resulted in the deprivation of Victoria's rights, privileges, and immunities secured by the United States Constitution, and Victoria's civil rights protected by federal law.

25. As a direct and proximate result of Defendants' conduct, Victoria's constitutional and federal civil rights were violated, and she sustained the damages described above.

26. Victoria brings this cause of action pursuant to 42 U.S.C. §1983. Victoria is entitled to attorneys' fees under 42 U.S.C. §1988.

## COUNT TWO

### (Violation of Due Process of Law – All Defendants)

27. Victoria repeats and incorporates by this reference all preceding allegations.

28. The Arizona Constitution provides that "[n]o person shall be deprived of life, liberty, or property without due process of law."

29. Defendants State, Maricopa County, Van Wie, City, and Hein's conduct violated Victoria's due process rights under the Arizona Constitution.

30. As a direct and proximate result of Defendants' conduct, Victoria sustained the damages described above.

## COUNT THREE

### (Violation of Right to Privacy – All Defendants)

31. Victoria repeats and incorporates by this reference all preceding allegations.

32. The Arizona Constitution provides that "[n]o person shall be disturbed in his private affairs, or his home invaded, without authority of law."

33. Defendants State, Maricopa County, Van Wie, City, and Hein's conduct violated Victoria's right to privacy under the Arizona Constitution.

34. As a direct and proximate result of Defendants' conduct, Victoria sustained the damages described above.

## COUNT FOUR

### (Malicious Prosecution – Defendants State, Maricopa County, and Van Wie)

35. Victoria repeats and incorporates by this reference all preceding allegations.

36. Victoria was indicted and prosecuted for crimes she did not commit by Defendant State, through Defendants Maricopa County and Van Wie.

37. The prosecution resulted in Victoria's favor on January 5, 2009 when the charges against her were dismissed without prejudice.

38. The prosecution was actuated by malice, and there was a want of probable cause, because a reasonably prudent person would not have instituted or continued the prosecution with the lack of evidence against Victoria.

39. As a direct and proximate result of Defendants' conduct, Victoria sustained the damages described below.

## COUNT FIVE

### (Abuse of Process – All Defendants)

40. Victoria repeats and incorporates by this reference all preceding allegations.

41. Defendants State, Maricopa County, Van Wie, City, and Hein used legal processes against Victoria.

42. Defendant Hein falsely testified under oath before a Grand Jury that Victoria was a prostitute involved with Desert Divas.

43. The State, through Maricopa County and Van Wie, indicted and prosecuted Victoria without sufficient evidence and without performing a reasonably thorough investigation.

44. Defendant State, through Maricopa County Van Wie, offered Victoria a plea deal, knowing they did not have evidence implicating her in the crimes for which they were prosecuting her.

45. Defendants State, Maricopa County, Van Wie, City, and Hein used the legal processes to accomplish a purpose for which they were not designed.

46. As a direct and proximate result of the Defendants' conduct, Victoria sustained the damages described above.

## COUNT SIX

### (Negligence – All Defendants)

47. Victoria repeats and incorporates by this reference all preceding allegations.

48. Defendants State, Maricopa County, Van Wie, City, and Hein owed Victoria a duty of care to conduct a reasonably thorough criminal investigation. Defendants owed Victoria a duty to prevent an indictment and subsequent proceedings without sufficient evidence of criminal conduct.

49. Defendants State, Maricopa County, and City owed Victoria a duty to properly train and supervise its employees and agents.

50. Defendants State and Maricopa County owed a further duty of care not to pursue a prosecution for charges that were unsubstantiated by the evidence.

51. Defendants State, Maricopa County, Van Wie, City, and Hein breached their respective duties by failing to conduct reasonable investigations, causing and pursuing a criminal prosecution against Victoria without sufficient evidence to warrant criminal charges or prosecution, and failing to properly train and supervise their employees.

52. The nature of Defendants' conduct constitutes negligence, or, in the alternative, gross negligence.

53. As a direct and proximate result of Defendants' conduct, Victoria sustained the damages described above.

## COUNT SEVEN

### (Infliction of Emotional Distress – All Defendants)

54. Victoria repeats and incorporates by this reference all preceding allegations.

55. The conduct of Defendants State, Maricopa County, Van Wie, City, and Hein was extreme and outrageous, intentional or reckless, and caused Victoria to experience severe emotional distress.

56. Defendants conduct resulted in Victoria being indicted for crimes she did not commit, arrested, and incarcerated for approximately two months. Victoria was subjected to degrading and humiliated conditions, and told repeatedly that she offered her body for sale. This was all done without any credible or substantiating evidence.

57. As a direct and proximate result of Defendants' conduct, Victoria sustained the damages described above.

/ / /

## REQUEST FOR A JURY TRIAL

58. Victoria repeats and incorporates by this reference all preceding allegations.

59. Victoria requests a jury by trial.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Victoria Aguayo requests the following relief:

1. Compensatory, special, general, and punitive damages;

2. Costs and attorneys' fees pursuant to 42 U.S.C. §1988 and applicable state law; and

3. Any other relief deemed appropriate by the Court.

DATED this 4th day of January, 2010.

TABER LAW FIRM, P.C.

By: _____

J. Tyrrell Taber
Robert C. Stultz
2394 E. Camelback Rd., Ste. 150
Phoenix, Arizona 85016

and

DEBUS, KAZAN & WESTERHAUSEN

Larry L. Debus
335 E. Palm Lane
Phoenix, Arizona 85004

Attorneys for Plaintiff

-9-

*Server*

CLERK
BOARD OF SUPERVISOR'S
MARICOPA COUNTY

DEBUS, KAZAN & WESTERHAUSEN
335 E. Palm Lane                    2010 APR 28  PM 3: 53        2010 APR 27  PM 3: 40
Phoenix, Arizona 85004-1592
(602) 257-8900
Larry L. Debus (#002037)          GENERAL LITIGATION
lld@dkwlawyers.com                     SERVICES

TABER LAW FIRM, P.C.
2394 E. Camelback Road, Suite 150
Phoenix, Arizona 85016
Telephone (602) 522-8200
Facsimile (602) 522-8201
J. Tyrrell Taber (#005204)
Robert C. Stultz (#025781)
jtt@tytaberlaw.com
rcs@tytaberlaw.com

Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| VICTORIA AGUAYO, a single person, | NO. CV2010-000023 |
| Plaintiff, | |
| vs. | |
| THE STATE OF ARIZONA; MARICOPA COUNTY, a political subdivision of the State of Arizona; THE CITY OF PHOENIX, a political subdivision of the State of Arizona; CHRISTY HEIN, individually and in her official capacity, and JOHN DOE HEIN, a married couple; ANNIELAURIE VAN WIE, individually and in her official capacity, and JOHN DOE VAN WIE, a married couple; DOES 1-10; CORPORATIONS 1-5; and PARTNERSHIPS 1-5, | SUMMONS |
| Defendants. | |

THE STATE OF ARIZONA TO:        MARICOPA COUNTY, a political
                                Subdivision of the State of Arizona

1   YOU ARE HEREBY SUMMONED and required to appear and defend, within the

2   time applicable in this action in this Court. If served within Arizona, you shall appear and

3   defend within twenty days after the service of the Summons and Complaint upon you,

4   exclusive of the day of service. If served out of the State of Arizona -- whether by direct

5   service, by registered or certified mail, or by publication -- you shall appear and defend

6   within thirty days after the service of the Summons and Complaint upon you is complete,

7   exclusive of the day of service. Where process is served upon the Arizona Director of

8   Insurance as an insurer's attorney, to receive service of legal process against it in this state,

9   the insured shall not be required to appear, answer or plead until expiration of forty days after

10  date of such service upon the Director. Service by registered or certified mail without the

11  State of Arizona is complete thirty days after the date of filing the receipt and affidavit of

12  service with the Court. Service by publication is complete thirty days after the date of first

13  publication. Direct service is complete when made. Service upon the Arizona Motor

14  Vehicle Superintendent is complete thirty days after filing the Affidavit of Compliance and

15  return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

16  YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend

17  within the time applicable, judgment by default may be rendered against you for the relief

18  demanded in the Complaint.

19  YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer

20  or proper response in writing with the Clerk of this Court, accompanied by the necessary

21  filing fee, within the time required, and you are required to serve a copy of any Answer or

22  response upon the Plaintiff's attorney. RCP 5,10(d); A.R.S. §12-311.

23  Request for reasonable accommodation for persons with disabilities must be made to

24  the division assigned to the case by parties at least three judicial days in advance of a

25  scheduled court proceeding.

26  * * *

- 2 -

1    The name and address of Plaintiffs' attorney is:

2                        Larry L. Debus
           DEBUS, KAZAN & WESTERHAUSEN
3                        335 E. Palm Lane
                   Phoenix, Arizona 85004-1592
4                        (602) 257-8900

5

6                        J. Tyrrell Taber
                   TABER LAW FIRM, P.C.
7              2394 East Camelback Road, Suite 150
                   Phoenix, Arizona 85016
8                        (602) 522-8200

9    SIGNED AND SEALED this date:            

10                                   CLERK, MICHAEL K. JEANES

11

12                      By    _____

13                            Deputy Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26

                              - 3 -

| | | |
|---|---|---|
| Office Distribution | **SUPERIOR COURT OF ARIZONA**<br>**MARICOPA COUNTY** | **\*\*FILED\*\***<br>4/14/2010<br>Clerk of the Court |

4/10/2010

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2010-000023

**Victoria Aguayo**

**V.**

**State Of Arizona, The**

---

The Judge assigned to this action is the Honorable Hugh Hegyi

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 1/4/2010 is subject to dismissal pursuant to Rule 4 (i), Arizona Rules of Civil Procedure. The deadline for completing service is 5/4/2010. If no judge has extended time for completing service and no defendants have been served by this date, this case will be dismissed.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2010-000023

| Party Name | Attorney Name | |
|---|---|---|
| Victoria Aguayo | Robert Stultz | Bar ID: 025781 |

# EXHIBIT B

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Victoria Aguayo, a single person

### DEFENDANTS
The State of Arizona; Maricopa County; City of Phoenix; Christy Hein; John Doe Hein; Annielaurie Van Wie; Joh Doe ▇

**(b)** County of Residence of First Listed Plaintiff   Maricopa
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert C. Stultz, TABER LAW FIRM, P.C., 2394 E. Camelback Rd., Ste. 150, Phoenix, AZ 85016 & Larry L. Debus, DEBUS, KAZAN & ▇

Attorneys (If Known)
Randall R. Garczynski & Karen J. Hartman-Tellez, Maricopa County Office of General Litigation Services, 301 W. Jefferson▇

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983
Brief description of cause:
Alleged violation of Plaintiff's Constitutional Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

EXHIBIT C

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

### 1. Style of the Case:

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|-------|-----------|-------------|
| Victoria Aguayo | Plaintiff | Robert C. Stultz, Esq.<br>TABER LAW FIRM, P.C.<br>2394 E. Camelback Rd., Ste. 150<br>Phoenix, AZ 85016<br><br>Larry L. Debus, Esq.<br>DEBUS, KAZAN &<br>WESTERHAUSEN<br>335 E. Palm Ln.<br>Phoenix, AZ 85004 |
| State of Arizona | Defendant | Terrence E. Harrison, Esq.<br>Office the Attorney General<br>1275 W. Washington<br>Phoenix, AZ 85007 |
| County of Maricopa | Defendant | Randall R. Garczynski, Esq.<br>Karen J. Hartman-Tellez, Esq.<br>Maricopa County<br>Office of General Litigation<br>Services<br>301 W. Jefferson, Ste. 3200<br>Phoenix, AZ 85003 |
| AnnieLaurie Van Wie | Defendant | Randall R. Garczynski, Esq.<br>Karen J. Hartman-Tellez, Esq.<br>Maricopa County<br>Office of General Litigation<br>Services<br>301 W. Jefferson, Ste. 3200 |

Phoenix, AZ 85003

The City of Phoenix   Defendant   Stephen J. Craig, Esq.
City of Phoenix
200 W. Washington, Room 1300
Phoenix, AZ 85003

Christy Hein     Defendant   Not served/no appearance

## 2. Jury Demand:

Was a Jury Demand made in another jurisdiction? X Yes   No

If "Yes," by which party and on what date?   January 4, 2010

## 3. Answer:

Was an Answer made in another jurisdiction?  Yes   X No

If "yes," by which party and on what date?

## 4. Served Parties:

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County | April 27, 2010 | Personal Service on Clerk of Board |
| Annielaurie Van Wie | April 27, 2010 | Personal Service |
| City of Phoenix | April 29, 2010 | Personal Service on City Clerk |
| State of Arizona | April 28, 2010 | Personal Service |

## 5. Unserved Parties:

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Christy Hein | Unknown |

## 6. Nonsuited, Dismissed or Terminated Parties:

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

Party                                           Reason for Change

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Violation of 4th & 14th Amendment rights, pursuant to 42 U.S.C. § 1983 against Maricopa County, Van Wie, City of Phoenix, and Hein. |
| Plaintiff | Violation of Due Process of Law against all Defendants |
| Plaintiff | Violation of Right to Privacy against all Defendants |
| Plaintiff | Malicious Prosecution against State, Maricopa County, and Van Wie |
| Plaintiff | Abuse of Process against all Defendants |
| Plaintiff | Negligence against all Defendants |
| Plaintiff | Infliction of Emotional all Defendants |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# EXHIBIT D

1  MARICOPA COUNTY
   OFFICE OF GENERAL LITIGATION SERVICES
2
3  By:    RANDALL R. GARCZYNSKI (023223)
          garczynskir@mail.maricopa.gov
4         KAREN J. HARTMAN-TELLEZ (021121)
          hartmank@mail.maricopa.gov
5
6  Maricopa County Administration Building
   301 West Jefferson Street, Suite 3200
7  Phoenix, Arizona 85003
8  Telephone (602) 372-5700
   GLS Court Minute Entries@mail.maricopa.gov
9
10 Attorney for Defendants Maricopa County & Van Wie

11          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
12
              IN AND FOR THE COUNTY OF MARICOPA
13

14 | VICTORIA AGUAYO,  a single | NO. CV2010-000023 |
15 | person, | |
16 | | **NOTICE OF FILING NOTICE OF** |
   |                     Plaintiff, | **REMOVAL** |
17 | | |
18 | v. | (Assigned to the Honorable Hugh |
   | | Hegyi ) |
19 | THE STATE OF ARIZONA; | |
20 | MARICOPA COUNTY, a political | |
   | subdivision of the State of Arizona; | |
21 | THE CITY OF PHOENIX, a political | |
22 | subdivision of the State of Arizona; | |
   | CHRISTY HEIN, individually and in | |
23 | her official capacity, and JOHN DOE | |
   | HEIN, a married couple; | |
24 | ANNIELAURIE VAN WIE, | |
25 | individually and in her official | |
   | capacity, and JOHN DOE VAN WIE, | |
26 | a married couple; DOES 1-10; | |
27 | CORPORATIONS 1-5; and | |
   | PARTNERSHIPS 1-5, | |
28

-1-

Defendants.

Defendants, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441 et. seq., hereby notify this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal filed May 11, 2010, is attached hereto as Exhibit "1".

RESPECTFULLY SUBMITTED this 11th day of May, 2010.

MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES

BY: _____
Randall R. Garczynski, Esq.
Karen J. Hartman-Tellez, Esq.
*Attorneys for Defendants Maricopa County
& Van Wie*

ORIGINAL of the foregoing **FILED**
and copy MAILED this 11th day
of May, 2010 to:

Honorable Hugh Hegyi
Maricopa County Superior Court
101 W. Jefferson
East Court Building-6
Phoenix, Arizona 85003

and copies **MAILED** to:

Robert C. Stultz, Esq.
TABER LAW FIRM, P.C.
2394 E. Camelback Rd., Ste. 150
Phoenix, AZ 85016
*Attorney for Plaintiff*

Larry L. Debus, Esq.
DEBUS, KAZAN & WESTERHAUSEN
335 E. Palm Ln.
Phoenix, AZ 85004
*Attorney for Plaintiff*

Stephen J. Craig, Esq.
CITY OF PHOENIX
200 W. Washington, Room 1300
Phoenix, AZ 85003
*Attorney for Defendants City of Phoenix & Hein*

Terrence E. Harrison, Esq.
OFFICE OF THE ATTORNEY GENERAL
1275 W. Washington
Phoenix, AZ 85007
*Attorney for Defendant State of Arizona*

S:\Cases\2010\T\Aguayo, Victoria - T10-0064\Pleadings\Notice of Filing Notice of Removal.docx

# EXHIBIT 1

1  MARICOPA COUNTY
   OFFICE OF GENERAL LITIGATION SERVICES
2
3  By:   RANDALL R. GARCZYNSKI (023223)
         garczynskir@mail.maricopa.gov
4        KAREN J. HARTMAN-TELLEZ (021121)
         hartmank@mail.maricopa.gov
5
6  Maricopa County Administration Building
7  301 West Jefferson Street, Suite 3200
   Phoenix, Arizona 85003
8  Telephone (602) 372-5700
9  GLS Court Minute Entries@mail.maricopa.gov
10 Attorney for Defendants Maricopa County & Van Wie

11            IN THE UNITED STATES DISTRICT COURT
12
13            FOR THE DISTRICT OF ARIZONA

14
15  Victoria Aguayo,  a single person,          NO. _____
16                    Plaintiff,               **NOTICE OF REMOVAL**
17  v.
18
19  The State of Arizona; Maricopa
    County, a political subdivision of the
20  State of Arizona; The City of
    Phoenix, a political subdivision of the
21  State of Arizona; Christy Hein,
    individually and in her official
22  capacity, and John Doe Hein, a
    married couple; Annielaurie Van Wie,
23  individually and in her official
    capacity, and John Doe Van Wie, a
24  married couple; Does 1-10;
25  Corporations 1-5; and Partnerships
    1-5,
26
27
                       Defendants.
28

Defendants, Maricopa County and Van Wie, by and through their attorneys and pursuant to 28 U.S.C. § 1441(b) and Rule 3.7, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, Cause NO. CV2010-000023, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about January 4, 2010, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *VICTORIA AGUAYO, a single person, Plaintiff v. THE STATE OF ARIZONA; MARICOPA COUNTY, a political subdivision of the State of Arizona; THE CITY OF PHOENIX, a political subdivision of the State of Arizona; CHRISTY HEIN, individually and in her official capacity, and JOHN DOE HEIN, a married couple; ANNIELAURIE VAN WIE, individually and in her official capacity, and JOHN DOE VAN WIE, a married couple; DOES 1-10; CORPORATIONS 1-5; and PARTNERSHIPS 1-5, Defendants,* No. CV 2010-000023. A copy of the Complaint is attached as Exhibit "A".

2. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's constitutional rights under 42 U.S.C. § 1983 and is brought pursuant to same.

3. This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b). All properly served Defendants have consented to this Removal.

4. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit B, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants Maricopa County and Van Wie. All other documents previously served on Defendants are attached as Exhibit "C".

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED this 11th day of May, 2010.

MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES


BY: /s/ Randall R. Garczynski
      Randall R. Garczynski, Esq.
      Karen J. Hartman-tellez, Esq.
      *Attorneys for Defendant Maricopa County &*
      *Van Wie*

ORIGINAL of the foregoing **E-FILED** this
<u>11th</u> day of May, 2010

and copies **MAILED** to:

Robert C. Stultz, Esq.
TABER LAW FIRM, P.C.
2394 E. Camelback Rd., Ste. 150
Phoenix, AZ 85016
*Attorney for Plaintiff*

Larry L. Debus, Esq.
DEBUS, KAZAN & WESTERHAUSEN
335 E. Palm Ln.
Phoenix, AZ 85004
*Attorney for Plaintiff*

Stephen J. Craig, Esq.
CITY OF PHOENIX
200 W. Washington, Room 1300
Phoenix, AZ 85003
*Attorney for Defendants City of Phoenix & Hein*

Terrence E. Harrison, Esq.
OFFICE OF THE ATTORNEY GENERAL
1275 W. Washington
Phoenix, AZ 85007
*Attorney for Defendant State of Arizona*


<u>/s/ Jennifer Christiansen</u>

S:\Cases\2010\T\Aguayo, Victoria - T10-0064\Pleadings\Notice of Removal.docx